ACCEPTED
03-15-00285-CV
7808420
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/12/2015 4:58:24 PM
JEFFREY D. KYLE
CLERK

# BakerHostetler

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/12/2015 4:58:24 PM
JEFFREY D. KYLE
Clerk

BakerHostetler LLP

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

Mark E. Smith
direct dial: 713.646.1385
mesmith@bakerlaw.com

November 12, 2015

**VIA ELECTRONIC FILING**

Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
PO Box 12547
Austin, Texas 78711

Re:  *Volkswagen Group of America, Inc. and Audi of America, Inc. v. John Walker III, et al*; No. 03-15-00285-CV; in the Third Court of Appeals.

Dear Mr. Kyle,

Please be advised that the hearing before the Texas Department of Motor Vehicles Board has been removed from the Board's November 13, 2015 agenda.  For this reason, Appellants Volkswagen Group of America, Inc. and Audi of America, Inc. hereby withdraw their Second Verified Motion for Temporary Relief to Protect the Court's Jurisdiction and Brief in Support Thereof, as temporary relief in this appeal is not necessary at this time.

Regards,

*/s/ Mark E. Smith*

Mark E. Smith
*Counsel for Appellants*

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

cc:    Billy M. Donley        *Via* Email – bdonley@bakerlaw.com
        S. Shawn Stephens      *Via* Email – sstephens@kslaw.com
        James P. Sullivan       *Via* Email – jsullivan@kslaw.com
        William R. Crocker     *Via* Email – crockerlaw@earthlink.net
                                    *Via* Email – tcasteel@earthlink.net
        J. Bruce Bennett       *Via* Email – jbb.chblaw@sbcglobal.net
                                      *Via* Email – cardwellhartbennett@gmail.com
        Joseph Letzer          *Via* Email – jletzer@burr.com
        Dent M. Morton       *Via* Email – dmorton@burr.com
        Whitney Hamm       *Via* Email – whamm@burr.com
        Elizabeth B. Shirley    *Via* Email – bshirley@burr.com
        Ellen Mathews       *Via* Email – emathews@burr.com

        Kimberly Fuchs
             *Via* Email – kimberly.fuchs@texasattorneygeneral.gov
        Dennis McKinney
             *Via* Email – dennis.mckinney@texasattorneygeneral.gov

        Lloyd E. "Buddy" Ferguson
             *Via* Email – buddy.ferguson@strasburger.com
             *Via* Email – kathi.alexander@strasburger.com